IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

REAL RAIL EFFECTS, INC.,

       Plaintiff,

vs.                                              CASE NO.: 4:06cv403-SPM/WCS

QSINDUSTRIES, INC., et al.,

       Defendant.

_____/

**ORDER GRANTING JOINT MOTION TO STAY**

       Upon consideration, the parties' Joint Motion to Stay Proceedings (doc. 75) is granted.  This case is stayed pending the outcome of the P.T.O. Proceeding.  The March 13, 2008, claim construction hearing is cancelled.

       The parties shall file joint written reports on the status of the P.T.O. Proceeding.  The first written report shall be filed on or before July 1, 2008.  Additional written reports shall be filed on the first day of every November, March, and July thereafter.

       SO ORDERED this 28th day of February, 2008.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          United States District Judge