IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

REAL RAIL EFFECTS, INC.,

    Plaintiff,

vs.                                            CASE NO.: 4:06cv403-SPM/WCS

QSINDUSTRIES, INC., et al.,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case has been dismissed with prejudice, with each party to bear its own attorney's fees and costs, pursuant to the parties' Stipulation of Dismissal (doc. 88) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Accordingly, the clerk shall close this case.

SO ORDERED this 14th day of August, 2008.

                                  *s/ Stephan P. Mickle*
                                  Stephan P. Mickle
                                  United States District Judge